No. 68696.—Metasco, Inc. *v.* United States, protest 60/13943 (Baltimore).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 CCPA 152, C.A.D. 750), the claim of the plaintiff was sustained.

No. 68697.—Irving Blitz & Associates et al. *v.* United States, protests 63/7149, etc. (Los Angeles).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of lawn sprinklers and parts thereof similar in all material respects to those the subject of *The Durst Mfg. Co., Inc.* v. *United States* (50 CCPA 56, C.A.D. 820), the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, JUNE 25, 1964

No. 68698.—Davies, Turner & Co. *v.* United States, protest 63/11672–13774 (Chicago).

Opinion by RICHARDSON, J. The protest was dismissed.